# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2013

146110

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSEPH KERLIN LONG,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

SC: 146110
COA: 303430
Wayne CC: 10-011368-FC

     On order of the Court, the application for leave to appeal the September 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013                  _____
                                         Clerk

h0122